**Opinion issued August 15, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-19-00237-CV**

———————————

**ERNESTO HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS FOR THE INTEREST AND PROTECTION OF ERNEST HERRERA, Appellee**

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Case No. 266,007**

---

## MEMORANDUM OPINION

Appellant Ernesto Herrera appealed from an order of involuntary commitment, signed on March 22, 2019. On June 3, 2019, appellant filed an unopposed motion to dismiss, asserting that he has been released from commitment and his appeal is now moot. The motion is granted.

We dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.